1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

| | |
|---|---|
| HENRY J. PRIEN, | Case No. 07-5647 RJB/KLS |
| Plaintiff, | |
| v. | ORDER REGARDING LETTER FILINGS |
| GARY LUCAS *et al.* | |
| Defendants. | |

15        Before the Court are various letters filed by Plaintiff in this matter (Dkt. # 6, 7, 8, 9) and a

16  "Statement of Facts/Findings" (Dkt. # 11).   Plaintiff is advised that if he seeks relief from this

17  Court he must do so in the form of a motion, properly filed, served on the Defendants, and noted for

18  hearing according to the Federal Rules of Civil Procedure.  The Court Clerk will not respond to

19  letter inquiries seeking legal advice.

20        The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

21        DATED this  24th  day of January, 2008.

22

23

24

25                                Karen L. Strombom
                                  United States Magistrate Judge
26

27

28  ORDER - 1