UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY J. PRIEN,

        Plaintiff,

   v.

GARY LUCAS, *et al.*,

        Defendants.

Case No. C07-5647 RJB/KLS

ORDER RE: PLAINTIFF'S MOTION TO ALLOW EVIDENCE

Before the Court is Plaintiff's motion to allow evidence. (Dkt. # 37). The exhibits referred to in Plaintiff's motion are docketed separately. (Dkt. # 38). In addition, Plaintiff submitted copies of the exhibits (except for Exhibit 3B) with his Amended Objection of Dismissal and for Summary Judgment (Dkt. #42). Defendant Wexford Health Sources, Inc. does not object to Plaintiff's motion but reserves the right to object to the admissibility of Plaintiff's evidence at the appropriate time. (Dkt. # 49).

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion (Dkt. # 37) is **GRANTED** to the extent that the Court shall consider all documents and papers submitted by the parties in determining the pending motions for summary judgment and for dismissal (Dkts. # 24 and 28); and

ORDER 1

(2)     The Clerk of the Court shall send a copy of this Order to Plaintiff and to Defendants.

DATED this  2nd   day of May, 2008.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

ORDER  2